UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
UNITED STATES OF AMERICA,

    -against-

VITO BALSAMO, et. al.

    Defendants.
-------------------------------------------------------X

FEB   2012

**STIPULATION OF SUBSTITUTION OF COUNSEL**

12 CR 050 (S-1) (CBA)

**IT IS HEREBY STIPULATED, CONSENTED AND AGREED** by the undersigned that MICHAEL ROSEN, 61 Broadway, Suite 2602, New York, New York 10006 (516-381-6690) is substituted as as attorney for defendant VITO BALSAMO in place and stead of David E. Levine, 186 Joralemon Street, Brooklyn, New York 11201.

Dated: New York, New York
      February 23, 2012

_____
MICHAEL ROSEN
Substituted Attorney for Defendant

_____
DAVID E. LEVINE
Former Attorney for Defendant

SO ORDERED:
   s/CBA

_____
        U.S.D.J.

2/27/12