MICHAEL ROSEN
Law Offices
61 Broadway, Suite 2602
New York, New York  10006
mrosenlaw@aol.com

CELL (516) 381-6690                                                                                           FAX (212) 248-4068
TEL   (212) 742-1717

March 7, 2012

Hon. Carol B. Amon
Chief Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:  United States v. Vito Balsamo, et al.
                    Cr. No. 12- 050 (S-1) (CBA)

Dear Judge Amon:

I represent Mr. Vito Balsamo. Pursuant to Your Honor's direction at the March 2, 2012 status conference, I do not, at this time, anticipate submitting motions. I represent to Your Honor that in the several days since the conference and because I am still on trial, there has not been sufficient time for me to review all the discovery materials provided to date. I have, however, spoken with a co-counsel on the case and was provided with an overview of the nature of the discovery disclosed.

                                      Respectfully submitted,

                                      Michael Rosen
                                      Cell: 516-381-6690

MR:wp