UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
**BEFORE: CAROL BAGLEY AMON, U.S.D.J.**

DATED: 3/29/12     TIME: 11:10-11:20

CRIMINAL CAUSE FOR:   Arraignment on SS Ind (S-2)

DOCKET #: CR12-00050

DEFENDANT: Vito Balsamo- b          ATTORNEY: Michael Rosen, Esq.

DEFENDANT:                          ATTORNEY:

DEFENDANT:                          ATTORNEY:

DEFENDANT:                          ATTORNEY:

DEFENDANT:                          ATTORNEY:

DEFENDANT:                          ATTORNEY:

ASSISTANT U.S. ATTORNEY: Jack Dennehy

COURT REPORTER: Marsha Diamond

INTERPRETER:

PROBATION OFFICER:

PRETRIAL OFFICERS:                  DEPUTY: V. Holley

Dft waives formal reading of SS Ind (S-2).
N/G plea ent'd.
OED ent'd (plea discussions).
G/P set for 4/6/12 at 9:00.