MICHAEL ROSEN
Law Offices
61 Broadway, Suite 2602
New York, New York  10006
mrosenlaw@aol.com

CELL (516) 381-6690                                                                                           FAX (212) 248-4068
TEL   (212) 742-1717

July 19, 2012

Hon. Carol B. Amon
Chief Judge
United States District Court
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

                        Re:   United States v. Vito Balsamo
                                12-CR-50 (S-2)-02 (CBA)

Dear Chief Judge Amon:

Please accept this brief letter in response to AUSA Jack Dennehy's letter of July 18, 2012 ("letter") regarding Vito Balsamo's upcoming sentence.

Mr. Dennehy misses the point of my request for a non-jail sentence. I did not request a non-jail sentence for Mr. Balsamo because of his "health and family circumstances", as Mr. Dennehy writes. (letter, p.1) My request for that sentence encompasses Mr. Balsamo's "work history and success in overcoming an addiction to alcohol" (letter, p.3, para. 2)--both described by Mr. Dennehy as "laudable" (Id.)--and the undisputed praise and recognition of Mr. Balsamo's efforts in helping and counseling others in Alcoholics Anonymous who are similarly afflicted by alcohol abuse. My sentencing request was based on the proposition that those in the community who need his assistance to achieve sobriety will benefit directly, as will the community itself, if Mr. Balsamo can remain available to them to continue his efforts on their behalf. Obviously, a jail term will interrupt those efforts.

Page-2-
Re:   United States v. Vito Balsamo
      12-CR-50 (S-2)-02 (CBA)


Also, In his recitation of the "...Circumstances of the Offense" (letter, p. 3, para. 1), Mr. Dennehy fails to mention, and accept responsibility for, the government's according Mr. Balsamo a "minimal role" in the offense. That government role recognition not only allowed for the four level reduction reflected in the Plea Agreement, but puts in focus and perspective Mr. Balsamo's relative involvement in the offense.

Finally, with regard to the additional 1 level "global point", I recognize that Mr. Santora's ultimate plea was untimely. But, the bottom line is that he did join all the co-defendants in entering a guilty plea, and I submit, that Mr. Balsamo, as well as the other "timely" pleaders, should not be penalized because of Mr. Santora's tardiness.

Thank you.

                                      Respectfully submitted,


                                      Michael Rosen
                                      Cell: 516-381-6690

MR:wp